PD-0346-15

In The Court of Criminal Appeals of Texas
Austin, Texas

June 8, 2015

Daniel Vasquez Dominguez
TDCJ-ID# 1355966
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

Court of Criminal Appeals )
Mr. Abel Acosta, Clerk )
P.O. Box 12308 Capitol Station )
Austin, Texas 78711 )

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 16 2015
Abel Acosta, Clerk

RE: Petition for Discretionary Review, 2nd Supplement
(PD#-0346-15.)

FILED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk

Dear Clerk:

Petitioner would like to first state that on May 27, 2015, he submitted his Petition for Discretionary Review, without the Court of Appeals Opinion and three Exhibits for the Court review, because in the event to provide copies for this Court the Petitioner encountered some problems recieving his copies back. Petitioner requested from this Court a small extension to investigate the delaying of his mail and missing documents.

(1.)

On June 1, 2015 Petitioner submitted a complete Appendix of the Court of Appeals Opinion as required by Tex R. App. Proc. rule[68] and included two exhibits replacing his original exhibits showing the Court the information shown in his PDR.

Petitioner would like to advise this Court that he has now retrieved all the original exhibits that he first intended to file with his PDR. Although there is one document missing from his original copy of the Court of Appeals Opinion, Petition would like to respectfully request that Exhibits[#1 - #3] be submitted and filed with his petition for discretionary review. Petitioner would like to apologize for any inconvenience he may have put this Court through. These actions were through no fault of the petitioner. However, Petitioner will cautiously monitor his future mailings in reference that it will not happen again.

Petitioner is greatly appreciative in this legal matter.

Respectfully submitted,

Daniel Vasquez Dominguez

TDCJ-ID.# 1355966
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

(copies = x2)

(2.)

## Certificate of Service

I hereby certify that a true copy of Petitioner's Petition for Discretionary Review 2nd Supplement of Exhibits #1-#3, have been served upon by U.S. Mail Postal Service first-class on June 8, 2015 to: Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Daniel Vasquez Dominguez
TDCJ-ID# - 1355966

## Inmate's Unsworn Declaration

My name is Daniel Vasquez Dominguez, my date of birth is July 17, 1967 and my Inmate identifying number is 1355966, I am presently incarcerated at the Neal Unit, in Amarillo, Potter County Texas 79107. I declare under penalty of perjury that all statements and documents are true and correct.

Executed on the 8th day of June, 2015

Daniel Vasquez Dominguez
TDCJ-ID# 1355966
petitioner's signature

(3.)

Exhit - # 1

# LAW OFFICES OF ALEX B. EYSSEN, PLLC
POST OFFICE BOX 3321
ABILENE, TEXAS 79604
WWW.EYSSENLAW.COM

ALEX B. EYSSEN
ALEX@EYSSENLAW.COM

TELEPHONE: (325) 267-6030
FACSIMILE: (325) 267-6031

August 28, 2012

Daniel Dominguez #1355966
Nathaniel Neal Unit
9055 Spur 591
Amarillo, Texas 79107

Re: Cause No. 13674-B; State of Texas vs. Daniel Dominguez

Dear Mr. Dominguez:

I am in receipt of your letter dated August 20, 2012. Please be advised that it is not my custom or typical practice to respond to each and every letter I receive from my clients. Rather, I generally respond if and when there is an update.

The issue we are facing is (1) whether any DNA evidence exists that is in possession of the State and (2) whether any DNA evidence exists from another case.

First, I have requested an official response from the District Attorney. I have been told that the District Attorney is preparing a response to our request to determine whether any DNA evidence was taken, preserved, and available for testing. I expect a written response any day. In speaking with the Assistant District Attorney regarding this matter, I anticipate the response will be to the effect that no DNA evidence exists. As soon I as receive a response, I will let you know. Given that over 60 days has passed for the State to respond, I will file a Motion requiring the State to respond if none is received within the next couple of days.

Second, I have requested that I be permitted to inspect the file related to Cause 5034-CX. That case file is considered a "closed" file. Thus, I have to obtain permission from the 326th District Court in order to inspect said file. Prior to being permitted to review the file, the District Judge first has to review the file and then contact the parties involved to allow them the opportunity to object. This includes the "victim". The Judge will let me know if and when I can inspect the file. I fully anticipate the Court will allow me to inspect the file, however, if access is denied, then we can discuss our other remedies to gain access to the information contained therein.

In addition, I have obtained and reviewed your entire Court file regarding Cause No. 13674-B. For your convenience, I have enclosed a copy herein.

---

ABILENE OFFICE
802 MULBERRY
ABILENE, TEXAS 79601

ANSON OFFICE
311 N. COMMERCIAL
ANSON, TEXAS 79501

In addition, I should inform you that on October 1, 2012, I will be closing my law practice. I have accepted a full –time position with a long time client. That job begins in October. I will continue to act as your attorney until the Court appoints you another attorney. On Friday, September 21st at 4 p.m., the Court will determine who will assume the responsibilities of handling my court appointed cases, such as yours. My goal is to continue to work on your case in the meantime so as to not cause any delay. In addition, once a new attorney is appointed, I will coordinate and cooperate with that person to facilitate the transition.

I will keep you advised of any updates.

Very truly yours,

Alex B. Eyssen

Exhibit #3

Cause No: 13674-B

The State of Texas     §    In The District Court

v.     §    104Th Judicial District

Daniel Vasquez Dominguez     §    Taylor County, Texas
TDCJ# 1355966

FILED
2012 MAY 30 AM 8 32
PATRICIA HENDERSON
DISTRICT CLERK
TAYLOR COUNTY, TEXAS
_____ DEPUTY

## Order Appointing Counsel

Came on this day for consideration, Defendant's request for appointment of counsel to assist him in obtaining DNA testing pursuant to Article 64.01 (c), Code of Criminal Procedure. The Court has reviewed the request and affidavit of indigency in this legal matter and it is hereby;

Ordered that an attorney shall be appointed to represent Defendant pursuant to Article 64.01(c). Code of Criminal Procedure. Accordingly, the following attorney is hereby appointed and instructed to contact his/her client regarding this matter: _Alex Eppsen_, Address, _P.O. Box 1600, Abilene, TX 79604_.

It is further ordered that a copy of this Order shall be sent to Defendant by the Clerk of this Court.

_Lee Hamilton_
Judge Presiding

(3.)